**Gary R. Gibbs**
**205 Biltmore Place**
**Panama City Beach, Fl 32413**
garyrgibbs@icloud.com

January 10, 2024

Honorable Judge Jane Triche Milazzo
United States District Court
Eastern District of Louisiana
Room C-151
500 Poydras Street
New Orleans, LA 70130

RE:   Criminal Docket No: 20-60
      Section: H (1)
      United States V. Gary R. Gibbs
      Motion to Continue Surrender Date to April 15, 2024

Dear Clerk of Court:

I want to thank you for your previous extension of my reporting date from January 2, 2024, until February 1, 2024.

As I have previously shared with you, my wife of 46 years has been diagnosed with Alzheimer's disease. This process of beginning the treatments that are needed to slow the spread of the disease in the brain are scheduled to start on January 22, 2024. As I also provided in my last request, this infusion process is very dangerous to my wife. The infusions will be administered at Emory Hospital in Atlanta, Georgia. After the initial infusion, the subsequent infusions will be scheduled every two weeks for a period of 18 months or more. Of course, that is subject to my wife's being able to successfully deal with the side effects of the drug known as Lecanemab. The side effects discussed in the information provided by Dr. Hales are also attached in Exhibit A.

There is also an MRI schedule to follow up the infusions (see Exhibit A). These are very important due to the fact that any type of micro hemorrhaging is very dangerous to my wife. This can only be seen with an MRI.

It is very important for me to be with my wife for the first several infusions. This is the critical time for obtaining results which includes the possibility of micro

hemorrhaging. Dr. Hale's, as indicated in his correspondence previously provided to you, provides that it is very important that I be available to support my wife during this of unsurety and suspense. Other care givers have been arranged for her after this initial "critical time" of the first several infusions.

This time for my wife and I has been devastating. My action in committing this crime is totally inexcusable, and I know that it is important that I serve this time for the crime that I committed. I have learned a very valuable lesson in life. My actions have been both humiliating for me, and as well brought shame to my wife and two sons. I will never venture down this road again. It is my desire upon completing this time of serving my sentence to work for the rest of my life to educate others as to the importance of obeying the law at all costs in the process of earning.

Based upon the very serious nature of this process that my wife is beginning and continuing to slow the process of cognitive deterioration, I again respectfully request your consideration of an extension of my reporting date until mid-April 2024.

Your review and consideration of this very important request will be greatly appreciated. I thank you again for your previous extension based on my wife's needs.

Respectfully Submitted,

Gary B. Gibbs